O
JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MENDOZA,<br><br>          Plaintiff,<br><br>    v.<br><br>HF FOODS GROUP INC., et al,<br><br>          Defendants. | Case No. 2:20-cv-02929-ODW (JPRx)<br><br>**JUDGMENT** |

///
///
///
///
///
///
///
///
///
///

1

## JUDGMENT

In light of the Court's Order **GRANTING** Defendants' Motion to Dismiss (ECF No. 59) along with Plaintiffs' subsequent failure to timely amend, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Defendant shall have **JUDGMENT** in its favor;
2. Plaintiffs shall recover nothing from Defendants;
3. Plaintiffs' Amended Class Action Complaint is dismissed on the merits and with prejudice; and
4. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 17, 2021

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**