UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:20-cv-02929-ODW (JPRx) (Lead Case) | Date | October 1, 2021 |
|---|---|---|---|
|  | 2:20-cv-03967-ODW (JPRx) (Consol) |  |  |
| Title | *Jesus Mendoza v. HF Foods Group Inc. et al* |  |  |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**     **Order DECONSOLIDATING Cases 20-2929 and 20-3967**

On September 17, 2021, following the granting of Defendants' Motion to Dismiss (ECF No. 59) in Case No. 20-2929, *Mendoza v. HF Foods*, the Court issued a Minute Order dismissing "the entire action" with prejudice. (Minute Order, ECF No. 63.) The Court issued a judgment and closed the case. (J., ECF No. 64.)

The dismissal was only a dismissal of the Mr. Mendoza's Amended Complaint (in Case No. 20-2929, currently the lead case in this matter), not a dismissal of any pleading in Case No. 20-3967 (currently the consolidated case in this matter). Accordingly, the Court orders the case **REOPENED** for the sole purpose of ordering Case No. 20-2929 (*Mendoza*) and Case No. 20-3967 (*Ponce-Sanchez*) **DECONSOLIDATED**. All documents related to Case No. 20-3967 shall hereafter be filed in that case. This case (No. 20-2929) is once again **CLOSED**.

   **IT IS SO ORDERED.**

                                          :      00

                          Initials of Preparer    SE